UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DEAN STUCK,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 1:13-cv-1615-BAM<br><br>**ORDER EXTENDING BRIEFING SCHEDULE**<br><br>(Doc. 11 ) |

Based on the parties' stipulation (Doc. 11), and for good cause being shown, IT IS HEREBY ORDERED,

1. Defendant's Motion for 30-Day Extension of Time is **GRANTED**.  (Doc. 11);

2. Defendant shall have up to and including **May 26, 2014**, in which to submit its response to Plaintiff's Confidential Letter;

3. All other deadlines set forth in the October 8, 2013 Case Management Order are modified accordingly;

IT IS SO ORDERED.

Dated:   **May 19, 2014**                    /s/ Barbara A. McAuliffe            
                                          UNITED STATES MAGISTRATE JUDGE

1