BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL DEAN STUCK,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:13-CV-01615-BAM<br><br>STIPULATION AND PROPOSED ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record and with the approval of the Court, that this action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to *sentence four* of 42 U.S.C. § 405(g).

    Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to further evaluate the medical source opinions of record, including the opinions of consultative examining psychologist, Kimball Hawkins, Ph.D., and non-examining State agency

1 psychologist, Preston Davis, Psy.D.  If the ALJ chooses to reject these opinions in whole or in

2 part, the ALJ should explain his rationale.  The ALJ should also further evaluate Plaintiff's

3 credibility regarding his reported symptoms.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  May 27, 2014 | */s/ Lynn M. Harada for Lawrence D. Rohlfing*<br>(*as authorized via email on 5/23/14)<br>LAWRENCE D. ROHLFING<br>Attorney for Plaintiff |
| Dated:  May 27, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| By: | */s/ Lynn M. Harada*<br>LYNN M. HARADA<br>Special Assistant U.S. Attorney |
|  | Attorneys for Defendant |

## ORDER

Based on the Stipulation of the parties, this action is hereby remanded to the Commissioner of Social Security for further administrative proceedings pursuant to *sentence four* of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to further evaluate the medical source opinions of record, including the opinions of consultative examining psychologist, Kimball Hawkins, Ph.D., and non-examining State agency psychologist, Preston Davis, Psy.D.  If the ALJ chooses to reject these opinions in whole or in

part, the ALJ should explain his rationale.  The ALJ should also further evaluate Plaintiff's credibility regarding his reported symptoms.

IT IS SO ORDERED.

Dated:   **June 2, 2014**                              /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE